IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAGGART,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | No. C-13-03439 TEH (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY; GRANTING PLAINTIFF'S MOTION FOR BLANK SUBPOENAS; DIRECTING DEFENDANTS TO FILE DISPOSITIVE MOTION<br><br>Dkt. Nos. 16, 17 |

　　　　Plaintiff Anthony Taggart, an inmate at the San Francisco County Jail, filed a pro se civil rights action under 42 U.S.C. § 1983. On October 4, 2013, the Court screened plaintiff's First Amended Complaint and found that it stated an Eighth Amendment claim for deliberate indifference to medical needs. The Court ordered service on the San Francisco Sheriff's Department and Dr. Goldstein, Chief Medical Doctor of the San Francisco County Jail. Defendants' dispositive motion was due on or before February 7, 2014. Now before the Court are: (1) Plaintiff's motion for discovery, and (2) Plaintiff's motion for blank subpoenas.

I

　　　　Plaintiff's motion for discovery is DENIED. The Court generally is not involved in the discovery process and only becomes involved when there is a dispute between the parties about discovery responses. Discovery requests and responses normally are exchanged between the parties without any copy being sent to the Court. See Fed. R. Civ. P. 5(d)(1) (listing discovery requests and responses

1 that "must not" be filed with the Court until they are used in the
2 proceeding or the Court orders otherwise).
3       Plaintiff's request for subpoenas duces tecum is GRANTED.
4 <u>The Clerk is DIRECTED to send five blank subpoenas to Plaintiff for</u>
5 <u>him to complete and return to the Court for issuance by the Clerk</u>
6 <u>and thereafter to be returned to Plaintiff for service.</u>
7       II
8       The deadline for Defendants to file their dispositive
9 motion has now passed.  Although they filed an answer to the First
10 Amended Complaint, they never filed a dispositive motion as directed
11 by the Court in its October 4, 2013 service order.  Therefore, the
12 dispositive motion is overdue.  Accordingly, within two
13 weeks from the date of this order, Defendants shall file their
14 dispositive motion.  Plaintiff's opposition to the dispositive
15 motion shall be filed with the Court and served upon Defendants no
16 later than thirty-five (35) days after Defendants serve Plaintiff
17 with the motion.  Defendants shall file a reply brief within
18 fourteen (14) days of the date on which Plaintiff serves them with
19 the opposition.
20       This Order terminates docket numbers 16 and 17.
21
22       IT IS SO ORDERED.
23 DATED  *05/12/2014*                                     
                                      THELTON E. HENDERSON
24                                       United States District Judge
25
26
27 G:\PRO-SE\TEH\CR.13\Taggart v. CCSF 13-3439 misc-mots.wpd
28