DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837
E-Mail: newton.oldfather@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO, (Erroneously Designated as the San Francisco Sheriff's Department), AND DR. GOLDENSON, (Erroneously Designated As Dr. Goldstein)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAGGART,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; DEPT PUBLIC HEALTH, HEALTH RIGHT 360; DR. GOLDSTEIN, SHERIFF, NURSES,<br><br>Defendants. | Case No. 13-cv-3439 TEH (PR)<br><br>**DECLARATION OF SERGEANT TERENCE DURKAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Terence Durkan declare as follows:

1. I am the personnel manager for the Sheriff's Department of the City and County of San Francisco, and I am responsible for all personnel records of all Sheriff Divisions, including the Custody Division. In that capacity I am either responsible for or have a working knowledge of policies and practices of the San Francisco Sheriff's Department and the principle matters to which I attest below. I have been employed as a law enforcement officer by the Sheriff's

Department for over 11 years and have served in a variety of assignments under the Sheriff. The facts set forth in this declaration are stated on my own personal knowledge or, as specified, upon my information and belief based on official acts, writings, and my experience in the Department. If called as a witness, I could and would competently testify to the facts contained herein under oath.

2. Every new peace officer in the Sheriff's Department who will interact with prisoners is trained to meet and exceed the California required POST ("Police Officer Standard and Training") certifications. In addition, peace officers receive the Core Officer Training, which includes the medical training listed below.

3. Jail Health Services provides basic medical training to custody staff. This training is designed to allow peace officers to recognize and address emergency situations, control emergency situations, and recognize signs and symptoms of communicable disease, emotional disturbance, chemical dependency, and suicide.

4. After a peace officer begins his work in the field, he or she also undergoes mandatory re-training at least every two years on Basic First Aid, CPR, and AED (Automated External Defibrillator).

5. I have reviewed the document attached as Exhibit A. It is a true and correct copy of the Department of Public Health's Policy and Procedure 204. The document accurately reflects some of the training that a peace officer in the Sheriff's Department undergoes before they are permitted to work in the jails.

6. Before a peace officer is permitted to work in the jails and interact with prisoners, the officer must complete and pass the POST and Core Officer Curriculum.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 28, 2014 at San Francisco, California.

Sgt. Terence Durkan

Sergeant Terence Durkan

**PROOF OF SERVICE**

I, DEBORAH ROSAS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On July 28, 2014, I served the following document(s):

**DECLARATION OF SERGEANT TERENCE DURKAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

on the following persons at the locations specified:

**Anthony Taggart #435713**
**San Bruno Jail**
**County Jail #5**
**P. O. Box 67**
**San Bruno, CA 94066**
***In Pro Per***

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 28, 2014, at San Francisco, California.

/s/
DEBORAH ROSAS