# EXHIBIT A

## DECLARATION OF TERENCE DURKAN ISO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**Taggart v. City and County of San Francisco, et al.**
**13-CV-3439 (TEH) (PR)**

City and County of San Francisco

**Department of Public Health**
**Jail Health Services**
**Administrative Office**

**Policy and Procedure No.: 204**

Effective Date:

Last Revision Date: 7/10

Next Scheduled Revision Date: 7/11

# BASIC TRAINING FOR DEPUTIZED PERSONNEL

## POLICY

Jail Health Services (JHS) provides basic medical and mental health training for custody staff which has been approved by the JHS Director/Medical Director and the City and County of San Francisco Sheriff's Department (SFSD). The JHS Director/Medical Director approves a written policy and training program, which provides a guideline for the training.

## PROCEDURES

I. JHS provides SFSD with basic medical and mental health training regarding:

   A. Signs and symptoms of an emergency;

   B. Procedures for actions required for potential emergency situations;

   C. Procedures for transferring patients to appropriate medical facilities or health care providers;

   D. Signs and symptoms of communicable diseases and methods of exposure prevention, including implementation of universal precautions;

   E. Signs and symptoms of mental illness, retardation, emotional disturbance, and chemical dependency;

   F. Suicide prevention programs.

II. JHS provides a curriculum to the SFSD for its Core Officer Training. The Director of Nursing Services, or designee, and Jail Psychiatric Services (JPS) Director, or designee, provides the training.

**REFERENCES:**
CMA Standard 204;
Board of Corrections, Title 15, Article 3, Section 1021, 1023(h)(i), 1026.

**REVIEW SHEDULE:**
Annually