DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837
E-Mail: newton.oldfather@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
(Erroneously Designated as the San
Francisco Sheriff's Department), AND
DR. GOLDENSON, (Erroneously Designated
As Dr. Goldstein)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TAGGART,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; DEPT PUBLIC HEALTH, HEALTH RIGHT 360; DR. GOLDSTEIN, SHERIFF, NURSES,<br><br>Defendants. | Case No. 13-cv-3439 TEH (PR)<br><br>**DECLARATION OF NEWTON OLDFATHER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, Newton Oldfather, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. The facts set forth in this declaration are stated on my own personal knowledge or, as specified, upon my information and belief based on official acts and writings.

2. Attached as Exhibit A are true and correct copies of the portions of Plaintiff Anthony Taggart's July 15, 2014 deposition that are cited in the motion for summary judgment.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 28, 2014 at San Francisco, California.

*/s/ Newton Oldfather*

NEWTON OLDFATHER

## PROOF OF SERVICE

I, DEBORAH ROSAS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On July 28, 2014, I served the following document(s):

**DECLARATION OF NEWTON OLDFATHER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

on the following persons at the locations specified:

**Anthony Taggart #435713**
**San Bruno Jail**
**County Jail #5**
**P. O. Box 67**
**San Bruno, CA 94066**
***In Pro Per***

in the manner indicated below:

☒ **BY UNITED STATES MAIL:** Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 28, 2014, at San Francisco, California.

/s/
DEBORAH ROSAS